Katherine Rosenbauer, as administratrix, etc. No opinion. Judgment affirmed, with costs.

STROCKBINE, Appellant, v. HARRIMAN, Respondent. (Supreme Court, Appellate Division, Second Department. January 9, 1914.) Action by Walter F. Strockbine against Frank H. Harriman. No opinion. Motion for reargument (of 144 N. Y. Supp. 1146) denied, with $10 costs.

SULLIVAN v. NEW YORK TELEPHONE CO. et al. (Supreme Court, Appellate Division, First Department. January 16, 1914.) Action by Mary E. Sullivan against the New York Telephone Company, impleaded with others. No opinion. Motion denied, with $10 costs. Order filed. See, also, 157 App. Div. 642, 142 N. Y. Supp. 735.

SULLIVAN, Respondent, v. TAYLOR, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 26, 1913.) Action by John J. Sullivan against Nellie C. Taylor.
PER CURIAM. Judgment and order affirmed, with costs.
FOOTE and MERRELL, JJ., dissent.

SWEETSER, Appellant, v. CURTIS PUB. CO., Respondent. (Supreme Court, Appellate Division, First Department. January 23, 1914.) Action by Kate D. Sweetser against the Curtis Publishing Company. H. W. Bridges, of New York City, for appellant. J. W. Welsh, of New York City, for respondent.
PER CURIAM. Judgment affirmed, with costs. Order filed.
CLARKE, J., dissents.

TAUSEND v. OBSTFELD. (Supreme Court, Appellate Term, First Department. February 13, 1914.) Appeal from Municipal Court, Borough of Manhattan, Seventh District. Action by Felix Tausend against Harris Obstfeld. From a judgment for plaintiff, after a trial without a jury, defendant appeals. Affirmed. Max Schleimer, of New York City, for appellant. Isaac M. Aron, of New York City, for respondent.
BIJUR, J. This action is brought to recover from defendant upon an agreement of guaranty or indemnity given September 22, 1908, to plaintiff by defendant, whereunder defendant guaranteed plaintiff, among other things, against his liability on "any guaranty given by Felix Tausend for Max Weissbard," etc. The only point urged by appellant worthy of consideration is that the language of this guaranty shows that it covers solely acts done in the past by the plaintiff, namely, "guaranties *given.*" The liability on which plaintiff was compelled to pay for account of Max Weissbard, and on which he now sues defendant, was a guaranty actually given some five months before defendant's agreement in suit, which, by the way, was supported by ample independent consideration.

Assuming, therefore, that appellant's contention as to the interpretation of the agreement in suit to be correct, the liability on which this action is based comes within the terms of the agreement so interpreted. Judgment affirmed, with costs. All concur.

TEETER, Respondent, v. CARPENTER, Appellant. (Supreme Court, Appellate Division, Third Department. January 7, 1914.) Action by Charles N. Teeter against Fred M. Carpenter. No opinion. Judgment and order unanimously affirmed, with costs.

TELESCA, Respondent, v. EBLING BREWING CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. February 20, 1914.) Action by Vincenzo Telesca against the Ebling Brewing Company and another. No opinion. Judgment and order affirmed, with costs.

THOMAS, Appellant, v. SOLVAY PROCESS CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. November 26, 1913.) Action by Frederick Thomas against the Solvay Process Company.
PER CURIAM. Judgment affirmed, with costs. See, also, 155 App. Div. 940, 140 N. Y. Supp. 1148.
ROBSON, J., dissents.

THOMPSON, Respondent, v. HESSLEIN, Appellant. (Supreme Court, Appellate Division, First Department. February 6, 1914.) Action by Bridget Thompson against Rosalie Hesslein. L. E. Ginn, of New York City, for appellant. R. J. Reese, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

TIERNEY, Respondent, v. NETTLETON, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 3, 1913.) Action by Jeremiah Tierney against Albert E. Nettleton. No opinion. Judgment and order affirmed, with costs.

TIMMERMAN, Appellant, v. GUINAN, Respondent. (Supreme Court, Appellate Division, Fourth Department. December 23, 1913.) Action by Fayette A. Timmerman against John W. Guinan.
PER CURIAM. Judgment reversed, and a new trial granted in the County Court, with costs to appellant to abide event. The evidence was sufficient to make out a case of fraud.
ROBSON, J., dissents.

TOWLE, Respondent, v. OELRICHS et al., Appellants. (Supreme Court, Appellate Division, First Department. January 16, 1914.) Action by Mabel E. Towle against Theresa A. Oelrichs and another. J. M. Bowers, of New York City, for appellants. F. P. Ufford, of